

# In the Missouri Court of Appeals
# Eastern District

**JANUARY 13, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.   ED100634    T.S.G., RES V. T.P., APP

2.   ED100783 ERIC HICKERSON, APP V STATE OF MISSOURI, RES

3.   ED101213 JOHN STRAKE APP V ROBINWOOD WEST COMMUNITY RES

4.   ED101221 JOSHUA SCRUGGS, APP V STATE OF MISSOURI, RES

5.   ED101237 MANDI M. MOORE, RES V JASON K. MOORE, APP

6.   ED101364 IN THE INTEREST OF:  J.S.R.

7.   ED101571 J.A.K, APP V K.L.K., RES

## WITHDRAWAL(S):

1.   ED101006 KEVIN LUCIOUS, APP V STATE OF MISSOURI, RES

## CORRECTION(S):

1.   ED101147 RUTH MICKELS ETAL, APP V DR. RAMAN DANRAD MD, RES